UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

TAMAY-TAMAY, NORMA BEATRIZ,                 25-cv-7984 (PKC)
GONZALEZ BERMEJO, JUAN,
SHERLY DEYANEIRA GONZALEZ TAMAY,

                      Petitioners,

v.                                                         ORDER

Judith ALMODOVAR, Acting Director of the
New York City Field Office of Immigration and
Customs Enforcement; Kristi Noem, Secretary of
the Department of Homeland Security;
Pamela Bondi, Attorney General,

                      Respondents.
_____

CASTEL, United States District Judge.

         On September 25, 2025, Petitioners Norma Beatriz Tamay-Tamay, Juan Gonzalez Bermejo and Sherly Deyaneira Gonzalez Tamay filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, asserting that their detention by U.S. Immigration and Customs Enforcement ("ICE") violated their due process rights. (ECF 1.) The following day, this Court issued an Order to Show Cause why the petition should not be granted. (ECF 4.) In their response to the Court's Order to Show Cause, Respondents advised the Court that ICE had removed the Petitioners from the United States in the early morning of September 26, 2025, before the Order to Show Cause was issued, and argued that Petitioners' action was moot because the Petitioners were no longer in ICE custody. (ECF 5.) The Court thereafter ordered Petitioners' counsel to inform the Court of his position on whether the petition was moot by October 15, 2025. (ECF 6.) The Court did not receive any response from Petitioners' counsel by the October 15 deadline.

The Court concludes that the Petitioners' habeas petition is moot. The Petitioners are no longer in the custody of ICE and the Court therefore cannot grant the relief sought in their petition. See Escobar-Hernandez v. Barr, 20-cv-9714 (RA), 2021 WL 1863972, at *2 (S.D.N.Y. May 10, 2021) (habeas petition challenging detention by ICE dismissed as moot because petitioner was removed from the United States); De La Cruz v. Dep't of Homeland Sec., 20-cv-2219 (AJN), 2021 WL 431037, at *2 (S.D.N.Y. Feb. 8, 2021) (same); Alexander v. Shanahan, 16-cv-5629 (RA), 2017 WL 959493, at *1 (S.D.N.Y. Mar. 1, 2017) (same).

The petition is accordingly dismissed as moot. The Clerk is requested to close the case.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
October 17, 2025