## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
TAMAY-TAMAY, NORMA BEATRIZ,
GONZALEZ BERMEJO, JUAN, SHERLY
DEYANEIRA GONZALEZ TAMAY,

                            Petitioners,                         25 **CIVIL** 7984 (PKC)

       -against-                                             **JUDGMENT**

Judith ALMODOVAR, Acting Director of the
New York City Field Office of Immigration and
Customs Enforcement; Kristi Noem, Secretary of
the Department of Homeland Security; Pamela
Bondi, Attorney General,

                            Respondents.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 17, 2025, the Court concludes that the Petitioners' habeas petition is moot. The Petitioners are no longer in the custody of ICE and the Court therefore cannot grant the relief sought in their petition. See Escobar-Hernandez v. Barr, 20-cv-9714 (RA), 2021 WL 1863972, at *2 (S.D.N.Y. May 10, 2021) (habeas petition challenging detention by ICE dismissed as moot because petitioner was removed from the United States); De La Cruz v. Dep't of Homeland Sec., 20-cv-2 219 (AJN), 2021 WL 431037, at *2 (S.D.N.Y. Feb. 8, 2021) (same); Alexander v. Shanahan, 1 6-cv-5629 (RA), 2017 WL 959493, at *1 (S.D.N.Y. Mar. 1, 2017) (same); accordingly, the case is closed.

**DATED:**  New York, New York
           October 20, 2025

                                                        **TAMMI M. HELLWIG**

                                                          **Clerk of Court**
                                     **BY:**    *K. Mango*

                                                          **Deputy Clerk**